

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00102-CV

**IN THE INTEREST OF J.R.I.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's January 17, 2014 order terminating the parent-child relationship between Mark I. and J.R.I. is AFFIRMED.

We ORDER that no costs shall be assessed against Mark I. because he is indigent.

SIGNED September 3, 2014.

_____
Luz Elena D. Chapa, Justice